*In re* MIGUEL O. BAUZÁ TORRES.

*Número:* TS-2054        *Resuelto:* 28 de junio de 2002

*Antonio Bauzá Santos* y *René Arrillaga Beléndez*, abogados del peticionario; *Doel R. Quiñones Núñez*, de la Comisión de Reputación para el Ejercicio de la Abogacía; *Carlos Lugo Fiol, procurador general, Cynthia Iglesias Quiñones, procuradora general auxiliar*, y *Edda Serrano Blasini, subprocuradora general*, abogados de El Pueblo.

## RESOLUCIÓN

Examinados todos los documentos presentados en este caso, se ordena la reinstalación al ejercicio de la abogacía del Sr. Miguel O. Bauzá Torres.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada Señora Naveira de Rodón y el Juez Asociado Señor Hernández Denton denegarían la reinstalación. El Juez Presidente Señor Andréu García se inhibió.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*